**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**MARK AUSSIEKER,**

Plaintiff,

v.

**SUBURBAN HEATING OIL PARTNERS, LLC,**

Defendant(s).
_____________________________________/

No. **2:26−cv−03785−CKD**

INITIAL SCHEDULING ORDER, CASES ASSIGNED UNDER APPENDIX A, SUBSECTION (M)

This action has been assigned to a Magistrate Judge under the court's automated case assignment plan. *See* Local Rules, Appendix A, subsection (m).

**Should any party wish to decline jurisdiction of the Magistrate Judge for all purposes, including for the entry of final judgment, they must do so by signing the "Declination of Consent" form and timely filing it with the Court.** *See* 28 U.S.C. § 636(c)(2). If any party files a Declination of Consent form, the Clerk of the Court will assign a random District Judge as presiding judge, with the Magistrate Judge continuing for those purposes anticipated by the Local Rules.

Under Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. When serving process under Rule 4, Plaintiff(s) shall provide each Defendant with a copy of this order and the Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form attached to this order. Within 10 days after service of

/////

process on a given Defendant, Plaintiff(s) shall file a certificate stating that the Defendant was served under Rule 4.[1]

Removal Cases

Upon removal and no later than 14 days after entry of this order, counsel for the removing party shall serve the Complaint, Notice of Removal, Summons, Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form, and a copy of this order upon all opposing parties and all parties who have made an appearance in the originating jurisdiction, and shall file by that same deadline a proof of service of the civil case opening documents noted above.

Transfer Cases

Upon transfer, counsel for plaintiff shall serve the Complaint, Notice of Removal (if applicable), Summons, Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form, and all other new case documents upon all parties who have not yet made an appearance in the originating jurisdiction. If Plaintiff wishes to have a summons issued for any unserved defendant(s) in this action, Plaintiff must contact the Clerk's Office for issuance.

2. In order to decline jurisdiction of the Magistrate Judge for all purposes, including for the entry of final judgment, a party must fill out, sign, and timely file the Declination of Consent form: (a) for cases initiated in this district court, within 30 days of receipt or service of the Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form; or (b) for cases removed or transferred to this district court, within 14 days of receipt or service of the Notice. The Declination of Consent form is included within the Notice.

3. Within 30 days of the filing of an answer to the complaint, the parties shall file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order. Therein, the parties may propose dates for a hearing based on

---

[1] Alternatively, if this action was removed from state court, the removing party shall immediately serve upon each of the other parties, and upon all parties subsequently joined, a copy of this order and the notice, and shall file with the Clerk a notice that the parties have been served.

the court's motion schedule found on the Court's website listed below or may agree that the Court can enter a scheduling order without the need for a hearing.

4. The parties are directed to the assigned Magistrate Judge's Civil Standard Information, located on the Court's website at www.caed.uscourts.gov. The parties should take note of any page limits set forth therein. The parties are reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* Local Rule 160.

*/s/* CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE