# RETURN OF SERVICE

## Case No: 2:26−CV−03785−CKD

| NAME OF DEFENDANT SERVED | DATE OF SERVICE |
|---|---|
| Suburban Heating Oil Partners, LLC d/b/a Suburban Propane | 11/16/2026 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Kimberly Mcmullin | Process Server |

**I served the Summons, Complaint, Initial Scheduling Order, Notice of Assignment to a United States Magistrate Judge and Declination of Consent form, and VDRP form.**

***Check one box below to indicate appropriate method of service:***

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): Served Defendant's authorized agent for service of process, Alexis (refused last name), Intake Specialist, Corporation Service Company, at 251 Little Falls Dr, Wilmington, DE 19808-1674 (New Castle County), on November 16, 2026 at 9:48 am.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $125.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/17/2026
Date

see affidavit
*Signature of Server*

______________________
*Address of Server*

# UNITED STATES DISTRICT COURT

for the
Eastern District of California - Sacramento Division

**MARK AUSSIEKER, individually and on behalf of all others similarly situated**

*Plaintiff*

v.

**SUBURBAN HEATING OIL PARTNERS, LLC d/b/a SUBURBAN PROPANE**

*Defendant*

Civil Action No. 2:26-cv-03785-CKD

## DECLARATION OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SUBURBAN HEATING OIL PARTNERS, LLC d/b/a SUBURBAN PROPANE in New Castle County, DE on November 16, 2026 at 9:48 am at 251 Little Falls Dr, Wilmington, DE 19808-1674 by leaving the following documents with Alexis (refused last name) who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for SUBURBAN HEATING OIL PARTNERS, LLC d/b/a SUBURBAN PROPANE.

Summons in a Civil Case
Class Action Complaint Demand for Jury Trial
Initial Scheduling Order, Cases Assigned Under Appendix A, Subsection (M)
Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form

Race: White, Sex: Female, Est. Age: 18-24, Hair: Blonde, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.760495,-75.6232833333
Photograph: See Exhibit 1

Total Cost: $125.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

New Castle County,

DE on 11/17/2026.

/s/ Kimberly Mcmullin

Kimberly Mcmullin - +1 (484) 319-1715


Exhibit 1a)
11/16/2026 9:48 am EST
251 Little Falls Dr, Wilmington, DE 19808-1674
39.7604950, -75.6232833
CSC
FIRE LANE

Exhibit 1b)
11/16/2026 9:48 am EST
251 Little Falls Dr, Wilmington, DE 19808-1674
39.7604950, -75.6232833

5G 88

# Today's visit to CSC HQ

Inbox

**Envoy** 9:47 AM

to me

From Envoy no-reply@envoy.com

To Kimberly Mcmullin
kimberly.b.mcmullin@gmail.com

Date Nov 16, 2026 at 9:47 AM

Standard encryption (TLS)
Learn more

CSC

## Welcome to CSC

We appreciate you visiting CSC HQ today.

## You earned a new stamp

Each time you visit a company with Envoy, you'll receive a new stamp. See your collection of stamps and sign in faster next time with the Envoy Mobile app.

CSC
Nov 16 2026

Reply Forward